**STATE of Maine**

v.

**Robert E. MALLOCH.**

Supreme Judicial Court of Maine.

Argued June 14, 1985.

Decided June 20, 1985.

Michael E. Povich, Dist. Atty., Sophie L. Spurr, Asst. Dist. Atty. (orally), Ellsworth, for plaintiff.

Silsby & Silsby, Sandra Hylander Collier (orally), Ellsworth, for defendant.

Before NICHOLS, ROBERTS, VIOLETTE, WATHEN, GLASSMAN and SCOLNIK, JJ.

MEMORANDUM OF DECISION.

Robert E. Malloch appeals from a judgment entered on a jury verdict in the Superior Court, Hancock County, convicting him of unlawful sexual contact, 17–A M.R.S.A. § 255, and gross sexual misconduct, § 253. He alleges that the Superior Court erred by denying his motion for judgment of acquittal and by basing its judgment upon what he asserts are inconsistent jury verdicts. Our review of the record discloses that the

court properly denied the defendant's motion, *see State v. Hebert*, 480 A.2d 742, 746 (Me.1984), and that the judgment was based upon verdicts capable of logical reconciliation. *See State v. Engstrom*, 453 A.2d 1170, 1174 (Me.1982).

The entry is:

Judgment affirmed.

All concurring.